# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           Criminal. No. 14-275 (DSD/SER)

         Plaintiff,

**FINAL ORDER OF FORFEITURE**

v.

CHASE DENT-WELLS,

         Defendant.

WHEREAS, on October 27, 2014, this Court entered a Preliminary Order of Forfeiture forfeiting a Glock, Model 33, .357 caliber semi-automatic pistol, with serial number GHZ641, and any and all accessories and ammunition seized in connection therewith to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 29, 2014, and ending on November 27, 2014, providing notice of the government's intention to dispose of the above-described property in accordance with law and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property;

WHEREAS, the Plaintiff sent Notice of Third Party Petition Procedure to Mark Nichols by Certified Mail on November 6, 2014, providing notice of the government's intention to dispose of the above-described property and in accordance with law and of

the right of third parties to petition the Court within 30 days of receipt of the letter for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the Motion of the United States for a Final Order of Forfeiture [Docket No. 41] is GRANTED;

2. all right, title and interest in a Glock, Model 33, .357 caliber semi-automatic pistol, with serial number GHZ641, and any and all accessories and ammunition seized in connection therewith are hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

3. the above-described property shall be disposed of by the United States in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 19, 2015

                                                  S/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court